# Plains Township.

*Constitutional law—Townships—Act of April* 28, 1899, *P. L.* 104.

The act of April 28, 1899, entitled " An act to provide for the classification of townships," etc., is constitutional and repeals the act of June 12, 1893, relating to township road contracts, so far as townships of the first class are concerned.

Argued Oct. 25, 1900. Appeal, No. 16, Jan. T., 1901, by Township of Plains, from order of Q. S. Luzerne Co., Jan. T., 1900, No. 341, approving order in the matter of the petition of G. W. Mitchell and Michael Galvin to make roads, etc. Before Rice, P. J., Beaver, Orlady, W. W. Porter and W. D. Porter, JJ. Reversed.

Petition to approve contract to make roads.

262, (1901).]   Assignment of Errors—Opinion of the Court.

*Error assigned* was order approving contract.

*D. A. Fell* and *J. M. Garman,* for appellant.

*Wheaton, Terry & McClintock,* for appellee.

PER CURIAM, February 14, 1901:

The only question brought to our notice upon this appeal is as to the constitutionality of the Act of April 28, 1899, P. L. 104, entitled, "An act to provide for the classification of townships," etc.   This question having been decided in the affirmative by the Supreme Court in Commonwealth ex rel. Jones v. Blackley, and the facts necessary to bring this township under the provisions of the act relative to townships of the first class being admitted, the order made under the Act of June 12, 1893, P. L. 451, must be reversed.

The order is reversed and the proceedings are set aside.